COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      *Wilber Ulises Molina v. The State of Texas*

Appellate case number:    01-18-00317-CR

Trial court case number:   1433542

Trial court:              338th District Court of Harris County

      We dismiss appellant's motion for rehearing for lack of jurisdiction because it was filed after the expiration of this court's plenary power. *See* TEX. R. APP. P. 19.1(a), 19.3.

Justice's signature:   /s/ Gordon Goodman
                              Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Countiss.

Date:   December 10, 2019